# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMANDA N. KUNKLE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.   23-cv-1160 |
| | : | |
| **MARTIN J. O'MALLEY,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this __8th__ day of March, 2024, upon consideration of Plaintiff's Request for Review (ECF No. 11), Defendant's response thereto (ECF No. 12), and Plaintiff's reply brief (ECF No. 13), and for the reasons provided in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is **GRANTED**;

2. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Memorandum accompanying this Order; and

3. This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

_/s/ Lynne A. Sitarski_
LYNNE A. SITARSKI
United States Magistrate Judge